UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

ANDREW CHUNG,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

          Plaintiff,

v

MIDLAND CREDIT MANAGEMENT, INC.,

          Defendant.

Civil Action, File No.
2:19-cv-03071-JS-GRB

ORDER

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 16, 2019
Central Islip, NY